

September 18, 2017



VIA FIRST CLASS MAIL

Clerk of the Court
United States District Court for the District of Nevada
Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard
South Las Vegas, Nevada 89101

    In re: *Equifax, Inc., Customer Data Security Breach Litigation,*
    MDL No. 2800

To whom it may concern:

Please find enclosed a copy of the Motion to Transfer filed September 14, 2017 with the Judicial Panel on Multidistrict Litigation, MDL No. 2800. Please note that due to the large number of pages, the Motion is provided in PDF format on the enclosed CD.

Sincerely,

Dianne M. Nast

DMN/csl
Enclosure

NastLaw LLC
1101 Market Street
Suite 2801
Philadelphia, Pennsylvania 19107

Clerk of the Court
United States District Court for the District of Nevada
Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard
South Las Vegas, Nevada 89101

FRAGILE

